21466

Dorothy H. WHITE, Appellant, v. Conrad SHEALY, d/b/a Shealy's Auto Service, Respondent.

(278 S. E. (2d) 779)

*David Jackson Cooper, Jr.,* Columbia, *for appellant.*

*W. Ray Berry* of *Berry & Berry,* Columbia, *for respondent.*

May 27, 1981.

*Per Curiam:*

This appeal is taken from a directed verdict granted the respondent in an action brought for damage to an automobile while in respondent's garage. The court below held that the appellant, who is the registered title owner of the automobile in question, was not the real party in interest. We find on the contrary that the appellant is a proper party to the action and that the court below was in error. Accordingly, the judgment of the trial court is reversed.